IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT LEE MOSER, | : | Civil No. 3:25-cv-1542 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| ROBERT J. KARNES, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 24th day of September, 2025, upon preliminary consideration of Plaintiff Moser's complaint (Doc. 1), and in accordance with the Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The putative class claims brought by Moser *pro se* on behalf of another inmate—Joesph Gillespie—are **DISMISSED**. The Clerk of Court is directed to **TERMINATE** Joseph Gillespie as a Plaintiff in this action.

2. This action shall proceed solely with respect to Moser's individual claims for relief.

Robert D. Mariani
United States District Judge